| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-5 |
| | § | |
| ALLEN PHILOZIE BAKER | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Zack Hawthorn regarding the Defendant's plea of guilty to Count One of the Indictment in the above-numbered case. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge are ADOPTED.

It is further ORDERED that the Defendant's guilty plea and the plea agreement are ACCEPTED by the Court.

It is finally ORDERED that the Court finds the Defendant guilty on Count One of the Indictment.

SIGNED at Beaumont, Texas, this 15th day of June, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE